✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Andre Lopes a/k/a Andre Leotti ) | Case No: 02-CR-10248-JLT |
| ) | USM No: 24439-038 |
| Date of Previous Judgment: 04/18/2006 ) | Charles W. Rankin, Esq. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __97__ months **is reduced to** __TIME SERVED__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__                    Amended Offense Level: __27__
Criminal History Category: __II__                  Criminal History Category: __II__
Previous Guideline Range: __97__ to __121__ months    Amended Guideline Range: __78__ to __97__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __04/18/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2/28/08__

Judge's signature

Effective Date: __03/03/2008__
(if different from order date)

Joseph L. Tauro, U.S.D.J.
Printed name and title